UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| X CORP., SUCCESSOR IN INTEREST TO TWITTER, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>MARK SCHOBINGER<br><br>    Defendant. | C.A. No. 1:23-cv-778 |

**NOTICE OF REMOVAL**

  PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1132, 28 U.S.C. §1441 and 28 U.S.C. §1446, Defendant Mark Schobinger hereby removes the above-captioned action to this Court from the District Court of Williamson County, Texas – 395th Judicial District Court.

  1. Mark Schobinger is the Defendants in the above-captioned matter. Mr. Schobinger has not been served in this matter.

  2. Pursuant to 28 U.S.C. §1446(a), Defendant attaches to this Notice a copy of the Complaint, as Exhibit A.

  3. This case is removable under 28 U.S.C. § 1441(b) because Mr. Schobinger is a citizen of Texas, while Plaintiff X Corp. is a Nevada corporation, thereby satisfying the requirements of 28 U.S.C. § 1332 that the parties are citizens of different states.

  4. Moreover, 28 U.S.C. § 1441(b)(2) is inapplicable because Mr. Schobinger has not been served in this matter. Numerous district courts in this circuit have applied <u>Texas Brine Co. v. American Arbitration Assoc., Inc.</u>, 955 F.3d 482 (5th Cir. 2020) to find that § 1441(b)(2) does not preclude snap removals by in-state defendants before they have been properly served."

Midwest Health Group, LLC v. eMDs, Inc., 2020 WL 6580446, at *3 (W.D. Tex. Nov. 10, 2020 (citing Mirman Grp., LLC v. Michaels Stores Procurement Co., 2020 WL 5645217, at *1 (N.D. Tex. Sept. 22, 2020); Baker v. Bell Textron, Inc., 2020 WL 5513431, at *7 (N.D. Tex. Sept. 14, 2020); Latex Constr. Co. v . Nexus Gas Transmission, LLC, 2020 WL 3962247, at *6 (S.D. Tex. July 13, 2020)).

5.  Additionally, the amount in controversy exceeds $75,000. Specifically, Plaintiff seeks an injunction to preclude Defendant from using allegedly confidential information in connection with the federal class action lawsuit he filed, Schobinger v. Twitter, Inc., Case No. 3:23-cv-3007 (N.D. Cal.). The value of Mr. Schobinger's class claims exceeds $5 million. (Ex. B – Federal Complaint.)

Dated: July 7, 2023

Respectfully Submitted,

MARK SCHOBINGER

/s/ Drew Herrmann
Drew N. Herrmann, Texas Bar No. 24086523
drew@herrmannlaw.com
HERRMANN LAW, PLLC
801 Cherry St., Suite 2365
Fort Worth, TX 76102
Phone: 817-479-9229
Fax: 817-840-5102

-AND-

Shannon Liss-Riordan (pro hac vice forthcoming)
Bradley Manewith (pro hac vice forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
bmanewith@llrlaw.com

## CERTIFICATE OF SERVICE

I certify that on July 11, 2023 the above document will be filed via CM/ECF, which will cause a copy to be served on all counsel of record. Moreover, I will cause the foregoing document to be served by email and first class mail on counsel for X Corp. at the following addresses:

    Stefanie R. Moll
    State Bar No. 24002870
    Email: stefanie.moll@morganlewis.com
    T. Cullen Wallace
    State Bar No. 24072412
    Email: cullen.wallace@morganlewis.com
    John P. Bramble
    State Bar No. 24101544
    Email: john.bramble@morganlewis.com
    MORGAN LEWIS & BOCKIUS LLP
    1000 Louisiana Street, Suite 4000
    Houston, TX 77002
    T: 713.890.5000
    F: 713.890.5001

    /s/ Drew N. Herrmann
    Drew N. Herrmann