IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Austin ▼ DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

X Corp., Successor in Interest to Twitter, Inc. v. Mark Schobinger, Cause No. 23-1074-C395 (In the District Court of Williamson County, Texas - 395th Judicial District Court)

2. Was jury demand made in State Court?   ☒ Yes   ☐ No

If yes, by which party and on what date?

Plaintiff X Corp.                             July 6, 2023
Party Name                                    Date

**STATE COURT INFORMATION**:

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Plaintiff X Corp, represented by Stefanie Moll, T. Cullen Wallace, and John P. Bramble of Morgan Lewis & Bockius LLP, 1000 Louisiana St. Suite 4000, Houston TX 77002; 713-890-5000, f) 713-890-5001
Defendant Mark Schobinger, represented by Drew Herrmann, Herrmann Law, PLLC, 801 Cherry St. Ste 2365, Fort Worth TX 76102; 817-479-9229, f) 817-840-5102 and Shannon Liss-Riordan and Bradley Manewith, Lichten & Liss-Riordan, PC 729 Boylston St Ste 2000 Boston MA 02116; 617-994-5800, f) 617-994-5801

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

Defendant Mark Schobinger had not been served.

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

n/a

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS**:

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

n/a

**VERIFICATION**:

| | |
|---|---|
| /s/ Drew Herrmann | 7/12/2023 |
| Attorney for Removing Party | Date |

Mark Schobinger

Party/Parties

(NOTE: Additional comment space is available on page 3)