UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| X CORP., SUCCESSOR IN INTEREST TO TWITTER, INC.<br><br>    Plaintiff,<br><br>v.<br><br>MARK SCHOBINGER<br><br>    Defendant | C.A. No. 1:23-cv-778-RP |

**PLAINTIFF'S NOTICE OF INTENT TO POTENTIALLY RESPOND TO**
***PRO HAC VICE* MOTIONS OF DEFENDANT'S COUNSEL**

On Tuesday, July 11, 2023, Defendant Mark Schobinger ("Schobinger") removed this lawsuit from the 395th Judicial District Court of Williamson County, Texas.[1]  On Thursday, July 13, Drew Herrmann, Texas counsel for Schobinger, filed *pro hac vice* motions on behalf of his co-counsel, Shannon Liss-Riordan and Bradley Manewith, both of whom are partners of the Boston-based law firm Lichten & Liss-Riordan, P.C.  Plaintiff X Corp., successor in interest to Twitter, Inc. ("Twitter"), respectfully informs the Court that it is evaluating the *pro hac vice* motions of Defendant's counsel and whether to respond to same.  Twitter respectfully requests that the Court provide it until Monday, July 17, 2023 to respond should it choose to do so.

---

[1] The Williamson County lawsuit is styled *X Corp. v. Schobinger*, No. 23-1074-C395 (395th Dist. Ct., Williamson County, Tex., July 6, 2023).  Twitter files this Notice subject to and without waiving its objections to Schobinger's removal, as detailed in its forthcoming Emergency Motion for Remand.

Dated: July 14, 2023

Respectfully submitted,

/s/ *Stefanie R. Moll*
**Stefanie R. Moll**
State Bar No. 24002870
Email: stefanie.moll@morganlewis.com
**T. Cullen Wallace**
State Bar No. 24072412
Email: cullen.wallace@morganlewis.com
**John P. Bramble**
State Bar No. 24101544
Email: john.bramble@morganlewis.com
**Morgan A. McGreevy**
State Bar No. 24125317
Email: morgan.mcgreevy@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX  77002
T:  713.890.5000
F:  713.890.5001

## CERTIFICATE OF SERVICE

I certify that, on July 14, 2023, I served this document on Defendant Mark Schobinger's counsel via CM/ECF.

/s/ *John P. Bramble*
John P. Bramble