**FILED**
July 14, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

X Corp., Successor in Interest to Twitter, Inc.

-vs-                                    Case No. __1:23-cv-00778-RP__

Mark Schobinger

## O R D E R

BE IT REMEMBERED on this the __14th__ day of __July__, 20__23__, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by __Bradley Manewith__ ("Applicant"), counsel for __Mark Schobinger__ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of __Mark Schobinger__ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the __14th__ day of __July__ 20__23__.

_____
UNITED STATES DISTRICT JUDGE