# EXHIBIT B

| | |
|---|---|
| **From:** | Shannon Liss-Riordan <sliss@llrlaw.com> |
| **Sent:** | Monday, July 10, 2023 4:47 AM |
| **To:** | Moll, Stefanie R. |
| **Cc:** | Bradley Manewith; Bramble, John; Wallace, Thomas Cullen |
| **Subject:** | Re: Schobinger - - Filing Submitted for Case: 77280820; ; Envelope Number:  77280820 |
| **Attachments:** | Petition and App for Injunction.pdf; Proposed Order.pdf |

[EXTERNAL EMAIL]
Stefanie -

We will accept service for Mr. Schobinger.

As I have related to you, this is completely unnecessary, as Mr. Schobinger has deleted all confidential Twitter files from his personal computer, as he was instructed to and agreed to do.  Twitter's insistence on over-reaching and unnecessary measures to confirm he has done this is simply harassment, an invasion of privacy, and unnecessary.  He says that he did not agree to this intrusive protocol that Twitter suggested prior to retaining us.

Further, there is no need for Twitter to obtain a TRO, as there is no risk of any harm, nor any violation that has occurred. As you know, I am out of the country with my family on vacation this week and not in a good position to respond right now to an emergency filing. I will be back Wednesday night but then traveling for a mediation on Friday, so I'm not really available again until next week.

If you insist on going forward with seeking a TRO or other emergency relief, I would ask that you attach this correspondence as an exhibit for the judge and explain that Mr. Schobinger intends to respond but his counsel is not available until next week and he objects to an order being entered, which is not only unnecessary but would harm his reputation and could affect his ability to find another job.

 If Twitter persists in going down this road, we'll seek reimbursement from Twitter of our legal fees for defending against these allegations, as well as damages for any harm caused to Mr. Schobinger.

Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
sliss@llrlaw.com
www.llrlaw.com


> On Jul 7, 2023, at 4:22 PM, Moll, Stefanie R. <stefanie.moll@morganlewis.com> wrote:
>
> Shannon and Brad,
>
> We filed the attached yesterday evening (see the below) and will be following up with the Court today to check on available hearing dates.  The attached is not yet file stamped because the court has yet to "accept" it but hopefully will today.  We can send you what we get when it comes

across.

Please let us know if you will agree to accept service on behalf of Mr. Schobinger.

Thank you,

Stefanie R. Moll
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000 | Houston, TX 77002-5005
Direct: +1.713.890.5780 | Main: +1.713.890.5000 | Fax: +1.713.890.5001 | Mobile: +1.832.452.4737
stefanie.moll@morganlewis.com<mailto:stefanie.moll@morganlewis.com> | www.morganlewis.com<http://www.morganlewis.com/>
Assistant: Nanci D. Mohr | +1.713.890.5738 | nanci.mohr@morganlewis.com <mailto:nanci.mohr@morganlewis.com%20>


[Celebrating 150 years of Morgan Lewis]<https://anniversary.morganlewis.com/>
From: no-reply@efilingmail.tylertech.cloud<mailto:no-reply@efilingmail.tylertech.cloud> <no-reply@efilingmail.tylertech.cloud<mailto:no-reply@efilingmail.tylertech.cloud>>
Sent: Thursday, July 06, 2023 10:41 PM
To: Mohr, Nanci <nanci.mohr@morganlewis.com<mailto:nanci.mohr@morganlewis.com>>
Subject: Filing Submitted for Case: 77280820; ; Envelope Number: 77280820

[EXTERNAL EMAIL]
[Image removed by sender. EFile State Logo]
Filing Submitted

Envelope Number: 77280820
Case Number: 77280820
Case Style:

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.
Filing Details
Court
Williamson County
Date/Time Submitted
7/6/2023 10:39 PM CST
Filing Type
Petition
Filing Description
Petition and App for Injunction
Type of Filing
EFileAndServe
Filed By
Nanci Mohr
Filing Attorney
Stefanie Moll

Fee Details

Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay.

If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days).
This envelope is pending review and fees may change.
Case Fee Information
$363.20
Case Fees
$350.00
Payment Service Fees
$10.20
Provider Service Fees
$3.00
Petition
$0.00
Petition
$0.00
Total:$363.20 (The envelope still has pending filings and the fees are subject to change)

Document Details
Lead Document
Petition and App for Injunction.pdf
Lead Document Page Count
78
File Copy
Download Document<https://urldefense.com/v3/__https:/texas.tylertech.cloud/ViewDocuments.aspx?FID=e4ba698c-522d-446c-b1a9-81a792016683__;!!DuJIhUBmA6S-!E9BE4EBGPK_BY3dMVCoNiRavXz3aYJRzS0F8KJYQQkdQALjODmsgyucmFivefAxi8hNuIsWWgT3bu4GeWXu3N7E-zwYM2D1AuQPmUQ$>
This link is active for 30 days.

For technical assistance, contact your service provider
[Image removed by sender.]
Online: www.fileandservetexas.com<http://www.fileandservetexas.com>
Phone: (888) 529-7587
Available 24x7 and online with chat

Please do not reply to this email. It was automatically generated.
**Error! Filename not specified.Error! Filename not specified.**