# EXHIBIT E

| | |
|---|---|
| **From:** | Bradley Manewith <bmanewith@llrlaw.com> |
| **Sent:** | Tuesday, July 11, 2023 4:26 PM |
| **To:** | Kayla Marrou; Moll, Stefanie R.; Shannon Liss-Riordan |
| **Cc:** | Mohr, Nanci; Bramble, John; Wallace, Thomas Cullen |
| **Subject:** | RE: 23-1074-C395 - X CORP. vs. Schobinger |
| **Attachments:** | 1.00   Notice of Removal.pdf; 1.01   State Court Complaint.pdf; 1.02   Federal Court Complaint.pdf; 1.03   Civil Cover Sheet.pdf |

[EXTERNAL EMAIL]

Ms. Marrou – Attached is a courtesy copy of a Notice of Removal that was filed in the Western District of Texas at the beginning of the hearing with Judge Larson. As such, the court does not have jurisdiction over this matter to enter an order.

Regards,

Bradley Manewith
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
617-994-5800 (office)
617-994-5831 (direct)
617-994-5801 (fax)
bmanewith@llrlaw.com
www.llrlaw.com

This e-mail message contains confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify Lichten & Liss-Riordan, P.C. at (617) 994-5800, and purge this e-mail message from your computer system immediately. Thank you.

**From:** Kayla Marrou <kmarrou@wilco.org>
**Sent:** Tuesday, July 11, 2023 1:26 PM
**To:** Bradley Manewith <bmanewith@llrlaw.com>; Moll, Stefanie R. <stefanie.moll@morganlewis.com>; Shannon Liss-Riordan <sliss@llrlaw.com>
**Cc:** Mohr, Nanci <nanci.mohr@morganlewis.com>; Bramble, John <john.bramble@morganlewis.com>; Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>
**Subject:** RE: 23-1074-C395 - X CORP. vs. Schobinger

Great!! I sent a TEAMS link to Bradley Manewith and Stefanie Moll. It is 1:24pm now. I just wanted to make sure that we were all aware since I do not know what time it is where you are at. ☺ See you at 3:30pm and thank you for making yourself available.

Kayla Marrou
395th District Court Administrator for Judge Ryan Larson
405 Martin Luther King Dr Box 15
Georgetown, Texas 78626
Kmarrou@wilco.org
512-943-1395