# EXHIBIT F

| | |
|---|---|
| **From:** | no-reply@efilingmail.tylertech.cloud |
| **Sent:** | Tuesday, July 11, 2023 4:48 PM |
| **To:** | Bramble, John |
| **Subject:** | Notification of Service for Case:  23-1074-C395, X Corp., Successor in Interest to Twitter, Inc vs. Mark Schobinger for filing Notice, Envelope Number: 77419577 |

[EXTERNAL EMAIL]



# Notification of Service

Case Number: 23-1074-C395
Case Style: X Corp., Successor in Interest to
Twitter, Inc vs. Mark Schobinger
Envelope Number: 77419577

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document. If the link does not work, please copy the link and paste into your browser. You can also obtain this document by following the steps on this article.

| Filing Details | |
|---|---|
| **Case Number** | 23-1074-C395 |
| **Case Style** | X Corp., Successor in Interest to Twitter, Inc vs. Mark Schobinger |
| **Date/Time Submitted** | 7/11/2023 4:46 PM CST |
| **Filing Type** | Notice |
| **Filing Description** | Defendant Mark Schobinger's Notice of Filing for Removal of Action |
| **Filed By** | Drew Herrmann |
| **Service Contacts** | X CORP., Successor in Interest to Twitter, Inc: Thomas Wallace (cullen.wallace@morganlewis.com) Stefanie Moll (stefanie.moll@morganlewis.com) Nanci Mohr (nanci.mohr@morganlewis.com) John Bramble (john.bramble@morganlewis.com) Mark Schobinger: Drew Herrmann (drew@herrmannlaw.com) Shannon Liss-Riordan (sliss@llrlaw.com) |

| | |
|---|---|
| | Bradley Manewith (bmanewith@llrlaw.com) |
| | Court S (courts@llrlaw.com) |

| Document Details | |
|---|---|
| **Served Document** | Download Document |
| This link is active for 30 days. | |