IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| X CORP., SUCCESSOR IN INTEREST TO TWITTER, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MARK SCHOBINGER, <br><br> *Defendant.* | No. 1:23-cv-00778 |

**[PROPOSED] ORDER ON DEFENDANT'S MOTION TO TRANSFER VENUE**

Before the Court is Defendant's Motion to Transfer Venue, in which Defendant seeks to transfer this matter to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a). In light of the case currently pending in the Northern District of California, *Schobinger v. Twitter, Inc. et al.*, Civ. Act. No. 3:23-cv-3007 (N.D. Cal.), which raises issues that overlap with this matter, the Court hereby finds that the interest of justice and the convenience of parties and witnesses weigh in favor of transfer. As such, it is ORDERED that:

1. This action shall be transferred to the Northern District of California pursuant to 28 U.S.C. § 1404(a).
2. The clerk of court is directed to effect the transfer according to the usual procedure.

**SO ORDERED**

Date: _____

                                                     _____
                                                     Hon. Robert L. Pitman
                                                     United States District Judge