# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **X CORP., SUCCESSOR IN INTEREST TO TWITTER, INC.,** *Plaintiff,* v. **MARK SCHOBINGER,** *Defendant.* | No. 1:23-cv-00778 |

## DEFENDANT'S NOTICE OF FILING OF STATE COURT RECORD

Pursuant to the Court's Order of July 13, 2023 (Dkt. 3), Defendant hereby files the full state court record in this matter. The record is attached hereto as Exhibit A.

1

Dated: July 14, 2023                                Respectfully submitted,


                                                    /s/ Shannon Liss-Riordan
                                                    Shannon Liss-Riordan (*pro hac vice*)
                                                    Bradley Manewith (*pro hace vice*)
                                                    LICHTEN & LISS-RIORDAN, P.C.
                                                    729 Boylston Street, Suite 2000
                                                    Boston, MA 02116
                                                    (617) 994-5800
                                                    sliss@llrlaw.com
                                                    bmanewith@llrlaw.com

                                                    -and-

                                                    Drew N. Herrmann
                                                    Texas Bar No. 24086523
                                                    HERRMANN LAW, PLLC
                                                    801 Cherry St., Suite 2365
                                                    Fort Worth, Texas 76102
                                                    (817) 479-9229
                                                    drew@herrmannlaw.com

                                                    ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2023, a true and accurate copy of the foregoing document was served on counsel for Plaintiff via filing on the Court's CM/ECF system.

> */s/ Shannon Liss-Riordan*
> Shannon Liss-Riordan (*pro hac vice*)