IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| X CORP., Successor in Interest to Twitter, Inc., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-778-RP |
| MARK SCHOBINGER, | § § § § | |
| Defendant. | § § | |

## ORDER FOR EXPEDITED BRIEFING

In light of Plaintiff X. Corp.'s ("Plaintiff") emergency motion to remand, the deadlines for responsive briefings are as followed:

Defendant Mark Schobinger ("Defendant") shall respond to the motion to remand, (Dkt. 9), on or before Wednesday, July 19. Plaintiff shall file a reply, if at all, on or before Friday, July 21.

Plaintiff shall respond to the motion to transfer on or before Wednesday, July 19. Defendant shall file a reply, if at all, on or before Friday, July 21.

**SIGNED** on July 17, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE