# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| X CORP., SUCCESSOR IN INTEREST TO TWITTER, INC., *Plaintiff*, v. MARK SCHOBINGER, *Defendant*. | C.A. No. 1:23-cv-778-RP |

## NOTICE OF APPEARANCE

Please enter the appearance of Morgan A. McGreevy of Morgan, Lewis & Bockius LLP, as counsel for Plaintiff X Corp., successor in interest to Twitter ("Twitter") in the above-captioned matter.  We respectfully request that copies of all notices and pleadings filed in this case be served upon the undersigned via the CM/ECF system.

Dated: July 18, 2023

Respectfully submitted,

*/s/ Morgan A. McGreevy*
**Stefanie R. Moll**
State Bar No. 24002870
Email: stefanie.moll@morganlewis.com
**T. Cullen Wallace**
State Bar No. 24072412
Email: cullen.wallace@morganlewis.com
**John P. Bramble**
State Bar No. 24101544
Email: john.bramble@morganlewis.com
**Morgan A. McGreevy**
State Bar No. 24125317
Email: morgan.mcgreevy@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX  77002
T:  713.890.5000
F:  713.890.5001

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve a copy of the foregoing on all counsel of record.

*/s/ Morgan A. McGreevy*
Morgan A. McGreevy
