# Exhibit B

# Bradley Manewith

**From:** Kayla Marrou <kmarrou@wilco.org>
**Sent:** Tuesday, July 11, 2023 11:39 AM
**To:** Moll, Stefanie R.; Shannon Liss-Riordan
**Cc:** Bradley Manewith; Mohr, Nanci; Bramble, John; Wallace, Thomas Cullen
**Subject:** RE: 23-1074-C395 - X CORP. vs. Schobinger

Good Moring,

Judge Larson would like have chamber conference with the attorney's in this case. Can you both be available today at 3:30pm?

Kayla Marrou
395th District Court Administrator for Judge Ryan Larson
405 Martin Luther King Dr Box 15
Georgetown, Texas 78626
Kmarrou@wilco.org
512-943-1395

****To ensure that I can track your email in the future, please put the cause number in the subject line.
Please note: Your case is not set unless you get a confirmation from the court stating that it is set.**

**** The 395th District Court is a paperless court. Please use our portal for submitting evidence for your hearing. There is more detailed information on our website. You can access the portal by using this link. https://forms.wilco.org/Forms/Upload395**

---

**From:** Moll, Stefanie R. <stefanie.moll@morganlewis.com>
**Sent:** Monday, July 10, 2023 3:06 PM
**To:** Shannon Liss-Riordan <sliss@llrlaw.com>; Kayla Marrou <kmarrou@wilco.org>
**Cc:** Bradley Manewith <bmanewith@llrlaw.com>; Mohr, Nanci <nanci.mohr@morganlewis.com>; Bramble, John <john.bramble@morganlewis.com>; Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>
**Subject:** RE: 23-1074-C395 - X CORP. vs. Schobinger

> You don't often get email from stefanie.moll@morganlewis.com. Learn why this is important

**EXTERNAL email: Exercise caution when opening.**

Ms. Marrou,

Respectfully, and as made clear in Plaintiff's petition, Plaintiff disagrees that there is "no emergency."

Thank you,

**Stefanie R. Moll**
**Morgan, Lewis & Bockius LLP**
1000 Louisiana Street, Suite 4000 | Houston, TX 77002-5005
Direct: +1.713.890.5780 | Main: +1.713.890.5000 | Fax: +1.713.890.5001 | Mobile: +1.832.452.4737
stefanie.moll@morganlewis.com | www.morganlewis.com
Assistant: Nanci D. Mohr | +1.713.890.5738 | nanci.mohr@morganlewis.com

1



**From:** Shannon Liss-Riordan <sliss@llrlaw.com>
**Sent:** Monday, July 10, 2023 3:03 PM
**To:** Kayla Marrou <kmarrou@wilco.org>
**Cc:** Moll, Stefanie R. <stefanie.moll@morganlewis.com>; Bradley Manewith <bmanewith@llrlaw.com>; Mohr, Nanci <nanci.mohr@morganlewis.com>; Bramble, John <john.bramble@morganlewis.com>; Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>
**Subject:** Re: 23-1074-C395 - X CORP. vs. Schobinger

[EXTERNAL EMAIL]
Dear Ms. Marrou:

I represent Mr. Schobinger.  I am traveling in Europe, returning late on Wednesday. We are in the process of retaining local counsel in Texas on this matter.  (I took the Texas bar years ago but do not have an active membership.). We have informed Twitter's counsel that there is no emergency here, as our client does not have any of the confidential information it claims he does, as he deleted it all after he resigned, and there is no imminent threat to Twitter of any kind.  We would request that the court wait until next week to hold a hearing, if any, which would allow me time to return and for us to retain local counsel.

Thank you very much,

Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
sliss@llrlaw.com
www.llrlaw.com

> On Jul 10, 2023, at 8:55 PM, Kayla Marrou <kmarrou@wilco.org> wrote:
>
> Is the Attorney for the defendant a Texas attorney?
>
> Thank you!
>
> Kayla Marrou
> 395th District Court Administrator for Judge Ryan Larson
> 405 Martin Luther King Dr Box 15
> Georgetown, Texas 78626
> Kmarrou@wilco.org
> 512-943-1395

2

**\*\*\*\*To ensure that I can track your email in the future, please put the cause number in the subject line.**

**Please note: Your case is not set unless you get a confirmation from the court stating that it is set.**

**\*\*\*\* The 395th District Court is a paperless court. Please use our portal for submitting evidence for your hearing. There is more detailed information on our website. You can access the portal by using this link.** https://forms.wilco.org/Forms/Upload395

---

**From:** Moll, Stefanie R. <stefanie.moll@morganlewis.com>
**Sent:** Monday, July 10, 2023 2:50 PM
**To:** Kayla Marrou <kmarrou@wilco.org>; Shannon Liss-Riordan <sliss@llrlaw.com>; Bradley Manewith <bmanewith@llrlaw.com>
**Cc:** Mohr, Nanci <nanci.mohr@morganlewis.com>; Bramble, John <john.bramble@morganlewis.com>; Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>
**Subject:** RE: 23-1074-C395 - X CORP. vs. Schobinger

You don't often get email from stefanie.moll@morganlewis.com. Learn why this is important

**EXTERNAL email: Exercise caution when opening.**

Ms. Marrou,

My assistant just forwarded me your email below. John Bramble and I, counsel for Plaintiff, are available to speak with Judge Larson at his convenience, but clearly we missed his 2:30 window referenced below. I apologize for that.

Counsel for Mr. Schobinger, Shannon Liss-Riordan, is copied on this email. Ms. Liss-Riordan can of course speak for herself, but she has informed us that she is traveling in Europe this week. Ms. Liss-Riordan also informed us that her partner, Mr. Bradley Manewith, is available in her absence. Mr. Manewith is also included on this email.

Please let us know how you would like to proceed and thank you for your attention to this matter.

**Stefanie R. Moll**
**Morgan, Lewis & Bockius LLP**
1000 Louisiana Street, Suite 4000 | Houston, TX 77002-5005
Direct: +1.713.890.5780 | Main: +1.713.890.5000 | Fax: +1.713.890.5001 | Mobile: +1.832.452.4737
stefanie.moll@morganlewis.com | www.morganlewis.com
Assistant: Nanci D. Mohr | +1.713.890.5738 | nanci.mohr@morganlewis.com

Morgan Lewis 150 YEARS

150 YEARS OF RAISING THE BAR

Learn More

**From:** Mohr, Nanci <nanci.mohr@morganlewis.com>
**Sent:** Monday, July 10, 2023 2:34 PM
**To:** Moll, Stefanie R. <stefanie.moll@morganlewis.com>; Bramble, John

3

<john.bramble@morganlewis.com>
**Subject:** FW: 23-1074-C395 - X CORP. vs. Schobinger

---

**From:** Kayla Marrou <kmarrou@wilco.org>
**Sent:** Monday, July 10, 2023 2:10 PM
**To:** Mohr, Nanci <nanci.mohr@morganlewis.com>
**Subject:** RE: 23-1074-C395 - X CORP. vs. Schobinger

[EXTERNAL EMAIL]
Judge Larson would like to speak to your attorney regarding this case.  If there is attorney that represents the defendant they would also need the opportunity to be present as well.    We can make this happen at 2:30 if all counsel is available.


Thank you!

Kayla Marrou
395th District Court Administrator for Judge Ryan Larson
405 Martin Luther King Dr Box 15
Georgetown, Texas 78626
Kmarrou@wilco.org
512-943-1395

**\*\*\*\*To ensure that I can track your email in the future, please put the cause number in the subject line.**
**Please note:  Your case is not set unless you get a confirmation from the court stating that it is set.**

**\*\*\*\* The 395th District Court is a paperless court.  Please use our portal for submitting evidence for your hearing.  There is more detailed information on our website.   You can access the portal by using this link.  https://forms.wilco.org/Forms/Upload395**