# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| X CORP., SUCCESSOR IN INTEREST TO TWITTER, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MARK SCHOBINGER, <br><br> *Defendant.* | No. 1:23-cv-00778 |

### **DECLARATION OF BRADLEY MANEWITH**

Pursuant to 28 U.S.C. § 1746, I, Bradley Manewith, declare under penalty of perjury that the following statements are true and correct:

1. My name is Bradley Manewith. I am currently a resident of Illinois. I am over the age of 18 years old. I am a partner with the law firm of Lichten & Liss-Riordan, P.C., and I am one of the attorneys representing Defendant, Mark Schobinger, in this matter.

2. My statements in this Declaration are based on my own personal knowledge.

3. During the late morning of July 11, 2023, Kayla Morrou, the case coordinator for Judge Larson of the District Court of Williamson County, Texas, 395th Judicial District Court, sent an email advising that Judge Larson would like to have a chamber conference with the attorneys in this case, and asking whether the attorneys were available at 3:30 pm.

4. I responded shortly thereafter that I could be available to attend.

5. At approximately 3:30 p.m., I joined the video conference for the chambers conference with Judge Larson. The chambers conference began approximately five minutes later.

6. The case was never called on the record, and a court reporter was not present for

the conference.

7. At the outset of the conference, Judge Larson asked me whether I was licensed to practice in the State of Texas, and I confirmed that I was not.

8. During the conference I asked that any hearing on Twitter's request for a temporary restraining order be scheduled for the following week.

9. I also answered Judge Larson's questions, including how I suggested Twitter's proposed TRO should be modified if it was entered, and how long I believed would be necessary for a temporary injunction hearing.

10. During the conference, Judge Larson remarked that he had left a hearing in the courtroom to speak with us.

11. At the conclusion of the chambers conference, Judge Larson stated that Twitter's counsel should submit a revised TRO order consistent with what was discussed during the chambers conference, and that he would sign it.

This 19th day of July, 2023

Bradley Manewith