# Exhibit D

CAUSE NO. 23-1074-C395

| | | |
|---|---|---|
| X CORP., SUCCESSOR IN INTEREST TO TWITTER, INC. § | | IN THE 395TH JUDICIAL |
| § | | |
| Plaintiff, § | | |
| VS. § | | DISTRICT COURT OF |
| § | | |
| MARK SCHOBINGER § | | |
| Defendant. § | | WILLIAMSON COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Lonzo Kerr Jr.** who, being by me duly sworn, deposed and said:

"The following came to hand on **Jul 12, 2023, 7:35 pm**,

**ORDER, X CORP.'S MOTION FOR EXPEDITED DISCOVERY, & X CORP.'S VERIFIED ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION,**

and was executed at **3337 Catalina Cv, Round Rock, TX 78665** within the county of **Williamson** at **08:50 PM** on **Wed, Jul 12 2023**, by delivering a true copy to the within named

**MARK SCHOBINGER**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____
Lonzo Kerr Jr.
Certification Number: PSC-6425
Certification Expiration: 7/31/24

**BEFORE ME,** a Notary Public, on this day personally appeared **Lonzo Kerr Jr.**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

**SUBSCRIBED AND SWORN TO ME ON**     7/13/23

_____
Notary Public, State of Texas

Envelope# 77532636