7/25/23



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra
☐ Re  395th Judicial District Court
☐ Re  405 Martin Luther King
☐ Ce
☐ Ad  Box 15
☐ Ad  Georgetown, TX 78626
Posta  #23-01074-C395   (1:23-cv-00778-RP)
$
Total
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 2720 0002 1466 3513